```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/10/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To All Actions*

------------------------------------------------------------------------x

14-MD-2543 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      On September 4, 2015, the Court received the email attached here as Exhibit 1, requesting leave to include a redacted exhibit in non-party King & Spalding's Sur-Reply to Plaintiff's Motion to Compel Production of Documents from New GM and King & Spalding Based on the Crime Fraud Exception. (*See* Docket No. 1341). In accordance with Paragraph 6(B) of the Court's Individual Rules and Practices and MDL Order Nos. 10 and 77, King & Spalding is hereby ORDERED to file on ECF an appropriate motion to seal the redacted material by **Monday, September 14, 2015**.

      SO ORDERED.

Dated: September 10, 2015
       New York, New York

_____
JESSE M. FURMAN
United States District Judge

# Exhibit 1



In Re: General Motors LLC Ignition Switch Litigation, MDL NO. 2543, Master File No.: 14-MDL-2543 (JMF) - King & Spalding's Sur-Reply Document No. 1341-4
Christopher Greer
to:
Furman_NYSDChambers@nysd.uscourts.gov
09/04/2015 11:46 PM
Hide Details
From: Christopher Greer <Cgreer@parkjensen.com>

To: "Furman_NYSDChambers@nysd.uscourts.gov" <Furman_NYSDChambers@nysd.uscourts.gov>

1 Attachment



Exhibit C - DeGiorgio Dep - UNREDACTED.pdf

Dear Judge Furman,

Pursuant to Your Honor's Individual Rules and Practices 6(B) non-party King & Spalding LLP ("K&S") seeks leave to file Exhibit C (Document No. 1341-4) to King & Spalding's Sur-Reply to Plaintiff's Motion to Compel Production of Documents from New GM and King & Spalding Based on the Crime Fraud Exception in redacted form.  Exhibit C is an excerpt of the Raymond DeGiorgio Deposition Transcript from the deposition dated June 18, 2015.  We have filed a redacted version of Exhibit C.  Attached is an unredacted version of Exhibit C which we respectively request to maintain under seal.

We have been informed that the parties have identified portions of the DeGiorgio deposition transcript, including Lines 4 through 23 on page 431, as Highly Confidential material.  Accordingly, we have redacted those portions of the transcript.  The other redactions reflect information that we did not intend to excerpt in the Exhibit, but which appeared alongside information we cited in our Sur-Reply.  Those redactions should be read as omitted pages we did not intend to excerpt in our submission.

Respectfully Submitted,

Chris Greer
Park Jensen Bennett llp
40 Wall Street
New York, New York 10005
646.200.6315 (direct dial)
646.200.6301 (direct fax)
cgreer@parkjensen.com

This message, together with its attachments, if any, may contain information that is legally privileged and/or confidential, and is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or of its contents, or any attachments, is strictly prohibited. If you have received this message in error, please notify the original sender immediately by return e-mail or by telephone at 646.200.6300 and delete the message, along with any attachments thereto, from your computer. Thank you.